**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 03-6799**

———————————

In Re: BILLY RAY SMITH, a/k/a Billy Rae Smith,

                                             Petitioner.

———————————

On Petition for Writ of Mandamus.  (CA-02-848-2)

———————————

Submitted:  September 24, 2003        Decided:  October 22, 2003

———————————

Before LUTTIG, WILLIAMS, and MICHAEL, Circuit Judges.

———————————

Petition denied by unpublished per curiam opinion.

———————————

Billy Ray Smith, Petitioner Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Billy Ray Smith petitions for a writ of mandamus. Mandamus relief is available only when the petitioner has a clear right to the relief sought. See In re First Fed. Sav. & Loan Assn., 860 F.2d 135, 138 (4th Cir. 1988). Further, mandamus is a drastic remedy and should only be used in extraordinary circumstances. See Kerr v. United States Dist. Court, 426 U.S. 394, 402 (1976); In re Beard, 811 F.2d 818, 826 (4th Cir. 1987). Mandamus may not be used as a substitute for appeal. See In re United Steelworkers, 595 F.2d 958, 960 (4th Cir. 1979).

Smith fails to show that the relief he seeks is unavailable in the United States District Court for the District of Columbia or that he meets the other requirements set forth above. Accordingly, although we grant leave to proceed in forma pauperis, we deny the petition for writ of mandamus. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED